◼ In the Matter of Christopher A. Nicholson, Appellant, v Donna M. Nicholson, Respondent. [945 NYS2d 587]—Appeal from an order of the Supreme Court, Monroe County (Alex R. Renzi, J.), entered June 17, 2010. The order denied the petition for visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Peradotto, Carni and Lindley, JJ.